## (January 18, 1966)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOUGLAS E. DRAKE, Appellant.— MEMORANDUM BY THE COURT. Appeal from a judgment entered in the County Court of Chemung County on March 26, 1962, resentencing defendant nunc pro tunc upon a conviction rendered June 9, 1945. Upon this appeal, defendant seeks review of the denial of a motion, made prior to the imposition of the resentence, to withdraw the plea of guilty entered on June 5, 1945, on the ground that he was mentally defective at the time the plea was entered. The question whether defendant was entitled to a hearing upon the issue raised by such motion has been rendered academic, a hearing upon that issue having been had on July 27, 1965, pursuant to the order of the Court of Appeals made in a subsequent coram nobis proceeding brought to vacate the judgment of conviction (People v. Drake, 15 N Y 2d 626) and an appeal from the denial of the coram nobis application after hearing is now pending in this court, on which appeal the defendant is represented by counsel. The defendant asserts no error as to the resentence imposed, and no other issue is before us upon this appeal (People v. Williams, 6 N Y 2d 193). Judgment of conviction affirmed. Herlihy, J. P., Taylor, Aulisi and Hamm, JJ., concur.

■ In the Matter of EDWARD J. LOSI et al., Petitioners, v. JAMES E. ALLEN, JR., as Commissioner of Education, Respondent.— Per Curiam. In this article 78 CPLR proceeding, transferred here for disposition by order of Special Term, petitioners, licensed professional engineers, seek to review and annul the order of respondent Commissioner of Education dated November 26, 1963 which sustained the determination of the State Board of Examiners of Professional Engineers and Land Surveyors and accepted its recommendation that petitioners be censured and reprimanded. While there is grave doubt as to the application of subdivision 1 of section 7209 of the Education Law, we do not reach that issue in this case. The violation of section 7210 (subd. 1, par. f) of the Education Law has been so clearly established that the minimal discipline inflicted would have to be sustained in any event. Determination confirmed, with costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.